UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 05 B 28602
    ROSLYN D TAYLOR
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

            Debtor
    SSN XXX-XX-8599
```

------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 07/19/2005 and was confirmed 09/01/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 04/15/2008.
------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAN FAMILY FINANCIA | SECURED | .00 | .00 | .00 |
| CITIZENS FINANCE CO | SECURED | 3483.00 | .00 | 3483.00 |
| AMERICAN FAMILY FINANCIA | UNSEC W/INTER NOT FILED | | .00 | .00 |
| WASHINGTON MUTUAL | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO AUTO FINANCE | SECURED | .00 | .00 | .00 |
| WELLS FARGO AUTO FINANCE | UNSEC W/INTER NOT FILED | | .00 | .00 |
| AT&T WIRELESS | UNSEC W/INTER NOT FILED | | .00 | .00 |
| AT&T | NOTICE ONLY   NOT FILED | | .00 | .00 |
| BEVERLY BUS GARAGE FEDER | UNSEC W/INTER NOT FILED | | .00 | .00 |
| CAPITAL ONE | UNSEC W/INTER | 997.01 | 64.25 | 997.01 |
| GREAT AMERICAN FINANCE | UNSEC W/INTER | 3446.64 | 248.34 | 3446.64 |
| ECAST SETTLEMENT CORP | UNSEC W/INTER | 6551.84 | 431.65 | 6551.84 |
| SENEX SERVICES | UNSEC W/INTER NOT FILED | | .00 | .00 |
| USA PAYDAY LOANS | UNSEC W/INTER NOT FILED | | .00 | .00 |
| CITIZENS FINANCE CO | UNSEC W/INTER | 679.62 | 48.99 | 679.62 |
| WASHINGTON MUTUAL | SECURED NOT I | .00 | .00 | .00 |
| TIMOTHY K LIOU | DEBTOR ATTY | 2,196.20 | | 2,196.20 |
| TOM VAUGHN | TRUSTEE | | | 1,065.63 |
| DEBTOR REFUND | REFUND | | | 1,044.44 |

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 20,257.61 | |
| | | |
| PRIORITY | | .00 |
| SECURED | | 3,483.00 |
| UNSECURED | | 11,675.11 |
|     INTEREST | | 793.23 |
| ADMINISTRATIVE | | 2,196.20 |
| TRUSTEE COMPENSATION | | 1,065.63 |

```
DEBTOR REFUND                                              1,044.44
                        ----------------      ----------------
TOTALS                        20,257.61             20,257.61
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 08/21/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE